UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| ROBERT G. WALKER, | Case No. CV-15-109-BLG-SPW |
|---|---|
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| ALLIANCE TITLE & ESCROW CORP.; ANY OF THOSE CLAIMING INTEREST INCLUDING: ARGENT MORTGAGE COMPANY, LLC; WELLS FARGO BANK. N.A.; PARK PLACE SECURITIES, INC., ASSET SERIES 2005-WCWl; RTS PACIFIC, INC.; AND SELECT PORTFOLIO SERVICING, INC; | |
| Defendants. | |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u> X </u>   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

**JUDGMENT IS ENTERED IN FAVOR OF DEFENDANTS AGAINST PLAINTIFF ON ALL CLAIMS.**

Dated this 4th day of November, 2016.

                                   TYLER P. GILMAN, CLERK

By: /s/ A. Carrillo
A. Carrillo, Deputy Clerk